| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | LUCILLE GONZALES MEIS, SBN CO 15153<br>Regional Chief Counsel, Region IX, |
| 3 | Social Security Administration<br>GERALYN A. GULSETH, SBN CA 160872 |
| 4 | Special Assistant United States Attorney |
| 5 | 333 Market Street, Suite 1500<br>San Francisco, California 94105 |
| 6 | Telephone: (415) 977-8943<br>Facsimile: (415) 744-0134 |
| 7 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ERNEST MOORE,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

    Defendant.

CIVIL NO. 08-00025-SI

[PROPOSED] ORDER GRANTING DEFENDANT ADDITIONAL TIME IN WHICH TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Having considered Defendant's request, the Court grants Defendant an extension of time until March 4, 2008 in which to file his reply to Plaintiff's opposition to Defendant's motion to dismiss.

Dated:

_____
SUSAN ILLSTON
United States District Judge