

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MOORE,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>    Defendant. | Civil No. 08-00025-SI<br><br>**(PROPOSED) ORDER TO SHOW<br>CAUSE AND TEMPORARY<br>RESTRAINING ORDER** |

Upon the supporting declaration of the plaintiff and the accompanying memorandum of law, it is

ORDERED that defendant Astrue show cause in Room _____ of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California, on the _____ of _____, 2008, at _____ o'colock, why a preliminary injunction should not issue pursuant to Rule 65(a), Fed.R.Civ.P., enjoining the defendant, his successors in office, agents and employees and all other persons acting in concern and participation with him, from terminating Supplemental Security Income payments to the plaintiff pending a decision from an evidentiary

hearing.

IT IS FURTHER ORDER that effective immediately, and pending the hearing and determination of this order to show cause, defendant Astrue shall ensure the plaintiff's receipt of SSI benefits for the month of June, 2008.

Date: _____, 2008.


_____
SUSAN ILLSTON
United States District Judge

-2-