United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MOORE, | No. C 08-0025 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MICHAEL S. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

Defendant's motion to dismiss this case for lack of jurisdiction is granted without prejudice to plaintiff's filing an action after receiving a final administrative order.  Judgment is entered accordingly.

**IT IS SO ORDERED  AND ADJUDGED.**

Dated: July 22, 2008

SUSAN ILLSTON
United States District Judge